UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

E.F., a minor, by and through her parent and natural guardian, Marie Farrell; A.S., a minor, by and through his parent and natural guardian, Mariya Pustovalov; L.P., a minor, by and through his parent and natural guardian, Jennifer Petri, on behalf of themselves and a class of those similarly situated, and Disability Rights New York,

Plaintiffs,

-against-

THE NEW YORK CITY DEPARTMENT OF EDUCATION; THE CITY OF NEW YORK; RICHARD CARRANZA, in his official capacity as Chancellor of the New York City Department of Education,

Defendants.

No.

NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

TO: New York City Law Department
100 Church Street
New York, New York 10007

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto, I, Lewis Bossing, will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm the Judge David L. Bazelon Center for Mental Health Law and a member in good standing of the bars of the States of New York, California, and the District of Columbia, as attorney *pro hac vice* to argue to try this case in whole or in part as counsel for E.F., *et al.* There are no pending disciplinary proceedings against me in any state or federal court.

Respectfully submitted,

Dated: 2/6/21

Judge David L. Bazelon Center for
Mental Health Law
1090 Vermont Avenue NW, Suite 220
Washington, DC 20005
lewisb@bazelon.org
(202) 467-5730 x1307