UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

E.F., *et al.*,

                                                       Plaintiffs,      **DEFENDANTS' NOTICE OF MOTION TO DISMISS**

          -against-

                                                                      21 CV 0419 (LDH) (RML)

THE NEW YORK CITY DEPARTMENT OF
EDUCATION, *et al.*,

                                                       Defendants.

------------------------------------------------------------------------ x

       **PLEASE TAKE NOTICE** that upon the annexed declaration of Alexandra Shames dated August 7, 2021, and upon all the prior pleadings and proceedings had herein, the Defendants will move this Court, located at 225 Cadman Plaza East, Brooklyn, New York, NY 11201, Courtroom 4H North, on the 31st day of August, 2021, or as soon thereafter as can be heard, for an Order, pursuant to Fed. R. Civ. P. 12(b)(1) and (b)(6), dismissing the Complaint in this action, and for such other and further relief as this Court deems just and proper.

Dated:       New York, New York
               August 7, 2021

                                                            GEORGIA M. PESTANA
                                                            Corporation Counsel of the
                                                               City of New York
                                                          *Attorney for Defendants*
                                                          100 Church Street
                                                         New York, NY 10007
                                                        Tel: 917-526-0649
                                                         glornab@gmail.com

                                                         By:          /s/
                                                             Lorna B. Goodman
                                                             Special Assistant Corporation Counsel

To:     All Counsel of Record
         (by ECF)